## <u>LIST OF EXHIBITS</u>

Exhibit A – Pavlock Deed (320 Duneland Dr.)

Exhibit B – Pavlock Deed (350 Duneland Dr.)

Exhibit C – Plat File 17-A-1 at the Porter County Recorder's Office

Exhibit D – Cahnman Deed (3330 Dearborn St.)

Exhibit E – Pavlock Grant of Easement

Exhibit F – Cahnman Grant of Easement

Exhibit G – Brandstetter Grant of Easement

Exhibit H – Bremner Grant of Easement

Exhibit I – Deters Grant of Easement

Exhibit J –  Savage & Dune Acres Grant of Easement

Exhibit K – Ogden Dunes HOA to Town of Ogden Dunes Quitclaim Deed
              and Resolution

Exhibit L – Ogden Dunes Parcel A Plat Map

# EXHIBIT A

## TRUSTEE'S DEED



*THIS INDENTURE WITNESSETH*, That Clifford F. Lewen, Trustee of The Clifford F. Lewen Living Trust dated August 14, 2000 and Ysobel F. Lewen, Trustee of The Ysobel F. Lewen Living Trust dated August 14, 2000 (Grantor) *CONVEY(S) AND WARRANT(S)* to Randall Pavlock and Kimberley Pavlock ✴ (Grantee) for the sum of One Dollar ($1.00) and other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the following described real estate in Porter County, State of Indiana:
✴as Joint Tenants with Rights of Survivorship
LOTS 13 TO 23, BOTH INCLUSIVE, IN BLOCK 13, IN THE LAKE SHORE ADDITION TO THE NEW STOCK YARDS, NOW ANNEXED TO THE TOWN OF PORTER, AS PER PLAT THEREOF, RECORDED IN MISCELLANEOUS RECORD E, PAGE 45, INTHE OFFICE OF THE RECORDER OF PORTER COUNTY, INDIANA.

*Property address:* 320 Duneland Drive, Porter, IN   46304
*Tax ID No.:* 64-03-14-256-019.000-026

*Subject to* Real Estate taxes not delinquent and to any and all easements, agreements and restrictions of record.

This Deed is executed pursuant to, and in the exercise of, the power and authority granted to and vested in the said Trustee by the terms of said Deed or Deeds in Trust delivered to the said Trustee in pursuance of the Trust Agreement above mentioned and subject to all restrictions of record.  The Trustee herein states that (i) the Trust has not been amended, modified or revoked since its execution; (ii) the Trust is in full force and effect as of the date hereof; (iii) the Real Estate has not been withdrawn from the operation of said Trust Agreement.

*IN WITNESS WHEREOF*, Grantor has executed this deed on 10th day of May, 2013.

Clifford F. Lewen, Trustee of The Clifford F. Lewen Living Trust dated August 14, 2000 and Ysobel F. Lewen, Trustee of The Ysobel F. Lewen Living Trust dated August 14, 2000

Clifford F. Lewen, Trustee                    Ysobel F. Lewen, Trustee

STATE OF INDIANA           )
                           )§
COUNTY OF PORTER           )

Before me, a Notary Public in and for said County and State, personally appeared Clifford F. Lewen, Trustee of The Clifford F. Lewen Living Trust dated August 14, 2000 and Ysobel F. Lewen, Trustee of The Ysobel F. Lewen Living Trust dated August 14, 2000, who acknowledged the execution of the foregoing Trustee's Deed and who, having been duly sworn, stated that the representations herein contained are true.

Witness my hand and notarial seal on 10th day of May, 2013.

CYNTHIA L. REED
Porter County
My Commission Expires
June 8, 2018

Notary Public  Cynthia L. Reed
Resident of Porter County
My Commission expires: June 8, 2018

Prepared by:   Donna LaMere, Attorney at Law #03089-64/jc



Grantee's Address and Tax Billing Address:

~~320 Duneland Drive, Porter, IN  46304~~

2722 W. Farwell

Chicago, IL 60645

I affirm, under penalties for perjury, that I have taken reasonable care to redact each Social Security
number in this document, unless required by law Jennifer Church.          File No. BT1300264

# EXHIBIT B

UNOFFICIAL COPY

GEORGE E. COLE®   2120-86-3E   No. 822
LEGAL FORMS   September, 1976

*PORTER COUNTY TITLE INSURANCE*   *Herris & Messr*   *1()()()*

QUIT CLAIM DEED
No. 034   131
Statutory

(Individual to Individual)

*(The Above Space For Recorder's Use Only)*

THE GRANTORS   RONALD L. ZENKE and BEVERLY J. ZENKE, his wife,

of the City   of University City   County of   , State of   Missouri
for the consideration of   TEN and no/100ths ($10.00)   DOLLARS,
and other good and valuable considerations   in hand paid,
CONVEY____ and QUIT CLAIM __ to RANDALL PAVLOCK and KIMBERLY PAVLOCK,
(NAME AND ADDRESS OF GRANTEE)

his wife, 4734 North Ashland, Chicago, Illinois

all interest in the following described Real Estate situated in the County of __Porter__ in the
State of   Indiana   to wit:

The East 50 feet of Lot 15 in Block 14 in Lake Shore Addition to the
New Stock Yards, now annexed to the Town of Porter, as shown on plat
in Miscellaneous Record "E", page 45, in the Recorder's Office of
Porter County, Indiana.

Subject to easements, covenants and restrictions of record.

1981 NOV 21 AM 9 25

RECORDER

DULY ENTERED FOR TAXATION

NOV 21 1980

AUDITOR PORTER COUNTY

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State
of Illinois.

DATED this   5th   day of   September   19 80

*Ronald L. Zenke* (Seal)   *Beverly J. Zenke* (Seal)
RONALD L. ZENKE   BEVERLY J. ZENKE

____ (Seal)   ____ (Seal)

State of Illinois, County of  St. Louis   ss.   I, the undersigned, a Notary Public in
and for said County, in the State aforesaid, DO HEREBY CERTIFY that RONALD L. ZENKE and
BEVERLY J. ZENKE, his wife
personally known to me to be the same person S whose name S __are__
subscribed to the foregoing instrument, appeared before me this day in person,
and acknowledged that t h ey signed, sealed and delivered the said instrument
as _____ their ___ free and voluntary act, for the uses and purposes therein set
forth, including the release and waiver of the right of homestead.

Given under my hand and official seal, this   5th   day of September   19 80

Commission expires 4/16   19 83   *Barbara J. Cook*
NOTARY PUBLIC

This instrument was prepared by SULTAN AND ASSOCIATES, LTD., 2653 N. Peterson, Chgo.
(NAME AND ADDRESS)

ADDRESS OF PROPERTY:

MAIL TO   (Name)

(Address)

(City, State and Zip)

OR   RECORDER'S OFFICE BOX NO. ____

THIS FORM HAS BEEN APPROVED BY THE INDIANA STATE BAR ASSOCIATION FOR USE BY LAWYERS ONLY. THE SELECTION OF A FORM OF INSTRUMENT, FILLING IN BLANK SPACES, STRIKING OUT PROVISIONS AND INSERTION OF SPECIAL CLAUSES, CONSTITUTES THE PRACTICE OF LAW AND SHOULD BE DONE BY A LAWYER.

CHICAGO TITLE INSURANCE COMPANY
INDIANA DIVISION

53882

BOOK 282 PAGE 576

# WARRANTY DEED

**This indenture witnesseth that**     GERTRUDE M. COX, a widow

of   St. Louis                    *County in the State of*   Missouri

**Convey and warrant to**   RANDALL PAVLOCK and KIMBERLY PAVLOCK,
husband and wife
530 West Barry Chicago, Illinois

of   Cook                    *County in the State of*   Illinois
*for and in consideration of*  ten dollars and other valuable considerations
*the receipt whereof is hereby acknowledged, the following Real Estate in*     Porter     *County*
*in the State of Indiana, to wit:*

The East 50 feet of Lots 11, 12, 13 and 14 in
Block 14 in Lake Shore Addition to the New
Stock Yards, now annexed to the Town of Porter,
as shown on plat in Miscellaneous Record "E",
page 45, in the Recorder's Office of Porter
County, Indiana.

Subject to easements, covenants and restrictions
of record.

ST. CO. IND.
PORTER COUNTY
FILED FOR RECORD

1975 NOV 20  PM 2 01

C. HERBERT LINK
RECORDER

### DULY ENTERED FOR TAXATION

NOV 20 1975

AUDITOR PORTER CO.

*State of Missouri*
~~State of Indiana,~~   *St. Louis* *County, ss:*
*Before me, the undersigned, a Notary Public in and for said County
and State, this* / 3 th *day of* November   1975
*personally appeared:*

Dated this 13th Day of November, 1975

X Gertrude M. Cox   **Seal**
GERTRUDE M. COX

GERTRUDE M. COX

_____ **Seal**

_____ **Seal**

_____ **Seal**

*And acknowledged the execution of the foregoing deed. In witness
whereof, I have hereunto subscribed my name and affixed my of-
ficial seal. My commission expires* Aug. 3   1978

_____ **Seal**

Margaret L. Burns
MARGARET L. BURNS   *Notary Public*
MY COMMISSION EXPIRES AUG. 3, 1978

_____ **Seal**

_____ **Seal**

This Instrument prepared by  Thomas E. Cahillane, 6469 Central Ave., Portage,   *Attorney at Law*

COPYRIGHT THE ALLEN COUNTY INDIANA BAR ASSOCIATION, INC. 1957

Zarko Sekerez



ENGINEERING
LAND SURVEYING

& Associates

## PLAT OF SURVEY

The East 50 feet of Lots 11, 12, 13 and 14, and Lot 15, in Block 14, in Lake Shore Addi-
tion to the New Stock Yards, now annexed to the Town of Porter, as shown on plat in Mis-
cellaneous record "E", page 45, in the Recorder's Office of Porter County, Indiana.



RANDY PAVLOCK



# EXHIBIT C



# EXHIBIT D



2007-011032

# TRUSTEE'S DEED

STATE OF INDIANA
PORTER COUNTY
FILED FOR RECORD
04/11/2007   09:20AM
LINDA D. TRINKLER
RECORDER

**THIS INDENTURE WITNESSETH**, for and in consideration of Ten Dollars ($10.00), and other valuable consideration, the receipt whereof is hereby acknowledged, Martha Mosier Reynolds as Trustee under the provisions of the Mosier Living Trust dated December 20, 1994, conveys and warrants to Raymond Cahnman, of Porter County, in the State of Indiana, whose mailing address for tax purposes is 1937 Howe Street, Chicago, IL 60114, the following described Real Estate in Porter County, in the State of Indiana, to-wit:

Lots 10, 11, 12, and 13 in Block 11 in Lake Shore Addition to New Stock Yards in the Town of Porter as per plat thereof, recorded in Miscellaneous Record "E", page 45, in the Office of the Recorder of Porter County, Indiana.

Commonly known as 3030 Dearborn Street, Porter, Indiana 46304.

Subject to all existing taxes, easements and restrictions of record.

In Witness Whereof, the said Grantor has hereunto set her hand and seal, this _22ND_ day of March, 2007.

_Martha Mosier Reynolds_
Martha Mosier Reynolds as Trustee under the provisions of the Mosier Living Trust dated December 20, 1994

**STATE OF INDIANA**                    SS:
**COUNTY OF PORTER**

Before me, the undersigned, a Notary Public, in and for said County and State, this _22nd_ day of March, 2007, personally appeared Martha Mosier Reynolds, and acknowledged the execution of the foregoing Deed.

WITNESS my hand and Notarial Seal.

_Rose Cagle Hamersley_
Notary Public          Rose Cagle Hamersley

My Commission Expires: _Dec. 10, 2014_
My County of Residence: _Porter_

**************************************

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each social security number in this document, unless required by law.

Send Tax Bills to:

Raymond Cahnman
141 West Jackson Blvd.
Suite 2130-A
Chicago, IL 60604

_Robert A. Welsh_
ATTORNEY ROBERT A. WELSH

This instrument prepared by: Robert A. Welsh, Attorney, 107 Broadway, Chesterton, IN 46304

# TICOR TITLE INS.
TICOR TITLE INSURANCE

720070788
COPY OF PORTER COUNTY RECORDER 1 OF 1

DULY ENTERED FOR TAXATION SUBJECT TO
FINAL ACCEPTANCE FOR TRANSFER

APR 11 2007

AUDITOR PORTER COUNTY

2008-015137

STATE OF INDIANA
PORTER COUNTY
FILED FOR RECORD
06/04/2008   12:08PM
LINDA D. TRINKLER
RECORDER

REC FEE:      $16.00
PAGES:        1

## TRUSTEE'S DEED

*This Indenture Witnesseth,* that Donald J. Evans of Porter County in the State of Indiana, in Fiduciary Capacity as Successor Trustee under the provisions of the Mosier Living Trust dated December 20, 1994, **Conveys and Warrants** to Raymond Cahnman of Porter County in the State of Indiana, for and in consideration of Ten and 00/100 ($10.00) Dollars and other valuable consideration the receipt whereof is hereby acknowledged, the following described Real Estate in Porter County in the State of Indiana, to-wit:

**Lots 14, 15, 16, 17, 18 and 19 in Block 11 in Lake Shore Addition to New Stock Yards, in the Town of Porter, as per plat thereof recorded in Miscellaneous Record "E," page 45, in the Office of the Recorder of Porter County, Indiana.**
Commonly known as 3030 Dearborn Street, Porter, IN

SUBJECT TO:   64-03-14 -272-009-000-026
              64-03-14 -272 -010-000-026

1.  Taxes for 2008 payable in 2009, and all subsequent years.

2.  All highways, easements, covenants, restrictions and building lines contained in the recorded plat of said property and/or in prior deeds and instruments now of public record.

3.  All applicable building codes and zoning ordinances.

*In Witness Whereof,* the said Donald J. Evans, in fiduciary capacity as Successor Trustee under the provisions of the Mosier Living Trust dated December 20, 1994, has hereunto set his hand and seal, this 7th day of May, 2008.

"I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in this document, unless required by law." Tammy Porter

DONALD J. EVANS, In Fiduciary Capacity as Successor Trustee under the provisions of the Mosier Living Trust dated December 20, 1994.

STATE OF INDIANA, PORTER COUNTY, ss:

Before me, the undersigned, a Notary Public in and for said County, this 7th day of May, 2008, came DONALD J. EVANS, in fiduciary capacity as Successor Trustee under the provisions of the Mosier Living Trust dated December 20, 1994, and acknowledged the execution of the foregoing instrument. Witness my hand and official seal.

MARGARET E. LAWHEAD
Porter County
My Commission Expires...

Margaret E. Lawhead        Porter County Resident
My Commission Expires   9/21/08

This Instrument prepared by:
Donald J. Evans
7 Napoleon Street
Valparaiso, Indiana 46383
Telephone (219) 462-5128
Attorney Number 6746-64

72608086O file



**TICOR TITLE INS.**

Taxes to:    Raymond Cahnman
             141 West Jackson Boulevard
             Suite 2130-A  1937 Howe Street
             Chicago, Illinois 60604

DULY ENTERED FOR TAXATION SUBJECT TO
FINAL ACCEPTANCE FOR TRANSFER

JUN - 4 2008

25 split up
3-1

# EXHIBIT E

GRANT OF EASEMENT

09080

KNOW ALL MEN BY THESE PRESENTS, That we,

Randall Pavlock and Kimberly Pavlock

husband and wife, acting in our own behalf as Grantors

of _Cook_ County, State of _Illinois_ do hereby

grant and convey to the United States of America and its

assigns, Grantee, a walking easement for the purpose of

providing the general public a means to traverse on foot

along a portion of the shores of Lake Michigan over and

across the following described real estate in Porter

County, Indiana, to-wit:

'980 AUG 25 AM 9 56

The East 50 feet of Lots 12, 13 and 14 in Block 14 in
Lake Shore Addition to New Stockyards, in the Town of
Porter, as per plat thereof, recorded in Miscellaneous
Record "E", page 45, in the Office of the Recorder of
Porter County, Indiana.

EXCEPTING THEREFROM any and all existing improvements OR
REPLACEMENTS THEREOF JU. KP
situated thereon.

The purpose of this grant is for walking, jogging or

running on foot and for no other purpose.  By way of illus-

tration and not by way of limitation the following activities

are intended by the Grantors to be specifically excluded

from this grant and reserved solely to the Grantors and

their invitees loitering, picnicking, fishing, launching

or storing of a boat or other flotation device, and bathing

or swimming from the beach.

In accepting this Grant of Easement, the United States

of America covenants as follows:

1. To maintain the easement for the purposes set
   forth herein, including keeping the easement
   reasonably clean and free of debris.

2. To make reasonable efforts to enforce the terms
   and provisions of this Grant of Easement.

3. That in the event that the property over which this easement runs is ever made the subject matter of a land acquisition procedure by the United States of America, the fair market value of such land shall not be diminished or in any way adversely affected by reason of the existence of this easement.

In all other respects the Grantors reserve all of the ownership and property rights to the use of the real estate not inconsistent with the Grant of the Easement and the terms hereof.

IN WITNESS WHEREOF, We have hereunto set our hands and seals this _____ day of _____, 1980.

_____ (SEAL)
RANDALL PAVLOCK

_____ (SEAL)
KIMBERLY PAVLOCK

STATE OF _____, COUNTY OF _____ SS:

Before me, the undersigned, a Notary Public in and for said County and State this _____ day of _____ 1980, personally appeared Randall Pavlock and Kimberly Pavlock, husband and wife, and acknowledged the execution of the foregoing Grant of Easement.

WITNESS my hand and Notarial Seal

_____
Notary Public

My Commission Expires Mar. 11, 1981

My commission expires _____

This instrument prepared by National Park Service



# KRULL SURVEYING

## ENGINEERS AND SURVEYORS
### ESTABLISHED 1914
1325 S. LAKE PARK AVENUE
HOBART, INDIANA 46342
OFFICE PHONE 219-947-2566

## SURVEYOR LOCATION REPORT

NAME OF OWNER:  Randall and Kimberley Pavlock

ADDRESS OF PROPERTY:  320 Duneland Drive, Chesterton, Indiana 46403

DESCRIPTION OF PROPERTY:  Lots 13 to 23, both inclusive, in Block 13, Lake Shore Addition to the New Stockyards, now annexed to the Town of Porter, as per plat thereof, recorded in Miscellaneous Record "E" page 45, in the Office of the Recorder of Porter County, Indiana.



# EXHIBIT F

*0.19 acres*

09143

## GRANT OF EASEMENT

KNOW ALL MEN BY THESE PRESENTS, That Martha Mosier Reynolds, as to an undivided 1/2 interest and Martha Lou Reynolds, as to an undivided 1/2 interest

acting each in our own behalf as grantors, of    Morgan County, State of Indiana    , do hereby grant and convey to the United States of America and its assigns, Grantee, a walking easement for the purpose of providing the general public a means to traverse on foot along a portion of the shores of Lake Michigan over and across the following described real estate in Porter County, Indiana, to-wit:

Lots 11, 12, 13, 14 and 15 in Block 11 in Lake Shore Addition to New Stockyards, in the Town of Porter, as per plat thereof, recorded in Miscellaneous Record E page 45, in the Office of the Recorder of Porter County, Indiana, EXCEPTING THEREFROM, that part of said tract lying Southerly of the "toe of the dunes" as the "toe of the dunes" is defined by survey recorded on June 26, 1979 in Plat File 17-A-1, in the Office of the Recorder of Porter County, Indiana.

EXCEPTING THEREFROM any and all existing improvements situated thereon.

The purpose of this grant is for walking, jogging or running on foot and for no other purpose. By way of illustration and not by way of limitation the following activities are intended by the Grantors to be specifically excluded from this grant and reserved solely to the Grantors and their invitees, loitering, picnicking, fishing, launching or storing of a boat or other flotation device, and bathing or swimming from the beach.

In accepting this Grant of Easement, the United States of America covenants as follows:

1. To maintain the easement for the purposes set forth herein, including keeping the easement reasonably clean and free of debris.

2. To make reasonable efforts to enforce the terms and provisions of this Grant of Easement.

1980 AUG 26  AM 10 23

LOU E. KAUFMAN
RECORDER

## INDIANA DUNES N. L. DEED NO. _4133_

3. That in the event that the property over
which this easement runs is ever made the
subject matter of a land acquisition pro-
cedure by the United States of America,
the fair market value of such land shall
not be diminished or in any way adversely
affected by reason of the existence of this
easement.

In all other respects the Grantors reserve all of
the ownership and property rights to the use of the real
estate not inconsistent with the Grant of the Easement
and the terms hereof.

IN WITNESS WHEREOF, We have hereunto set our hands and
seals this ___2nd___ day of ___June___, 1980.

_____ (SEAL)
MARTHA MOSIER REYNOLDS

_____ (SEAL)
MARTHA LOU REYNOLDS

STATE OF ___INDIANA___, COUNTY OF ___MORGAN___ SS:

Before me, the undersigned, a Notary Public in and for
said County and State this ___2nd___ day of ___June___
1980, personally appeared Martha Mosier Reynolds
and acknowledged the execution of the foregoing Grant of
Easement.

WITNESS my hand and Notarial Seal

_____
Notary Public
Betty Jo Rutledge of Morgan County, India

My commission expires ___February 4, 1983___

This instrument prepared by National Park Service

STATE OF                    , COUNTY OF                    SS:

   Before me, the undersigned, a Notary Public in and for
said County and State this ___2nd___ day of ___June___,
1980, personally appeared   Martha Lou Reynolds

and acknowledged the execution of the foregoing Grant of
Easement.

   WITNESS my hand and Notarial Seal

                          _Betty Jo Rutledge_
                              Notary Public
                  Betty Jo Rutledge of Morgan County, Indiana

My commission expires | February 4, 1983

# EXHIBIT G

Tracts 04-120
04-122

25705

P OK 339 PG 518          GRANT OF EASEMENT

KNOW ALL MEN BY THESE PRESENTS, That we, Hugo E Brandstetter
and Wanda E Brandstetter, husband and wife, acting in our own
behalf as Grantors of    C ook    County, State of    Illinois
do hereby grant and convey to the United States of America and
its assigns, Grantee, a walking easement for the purpose of
providing the general public a means to traverse on foot along
a portion of the shores of Lake Michigan over and across the
following described real estate in Porter County, Indiana,
to-wit

The West 1/2 of Lots 13, 14, 15 and 16 in Block 14 in Lake Shore
Addition to New Stockyards, in the Town of Porter, as per plat
thereof, recorded in Miscellaneous Record "E" page 45, in the
Office of the Recorder of Porter County, Indiana, EXCEPTING
therefrom that part of said tract lying southerly of the "toe
of the dunes" as the "toe of the dunes" is defined by survey on
Plat File 17-A-1 recorded June 26, 1979 in the Office of the
Recorder of Porter County, Indiana, and

The East 70 feet of Lots 12, 13, 14 and 15 in Block 16 in Lake
Shore Addition to the New Stock Yards, as shown in Miscellaneous
Record "E", page 45, excepting therefrom, that part of said tract
lying Southerly of the "toe of the dunes" as the "toe of the
dunes" is defined by survey in Plat File 17-A-1 recorded June 26,
1979, in the Office of the Recorder of Porter County, Indiana.

EXCEPTING THEREFROM any and all existing improvements situated
thereon

The purpose of this grant is for walking, jogging or running on
foot and for no other purpose  By way of illustration and not
by way of limitation the following activities are intended by
the Grantors to be specifically excluded from this grant and
reserved solely to the Grantors and their invitees loitering,
picnicking, fishing, launching or storing of a boat or other
flotation device, and bathing or swimming from the beach.

In accepting this Grant of Easement, the United States of America
covenants as follows:

    1.   To maintain the easement for the purposes set forth
         herein, including keeping the easement reasonably
         clean and free of debris

    2    To make reasonable efforts to enforce the terms and
         provisions of this Grant of Easement

**DULY ENTERED FOR TAXATION**

OCT 2 6 1981

AUDITOR PORTER COUNT

**Confirmation Number: 5742735**
**Indiana**
**Porter County**
**Recorder - POS**



**Transaction Details**

Name
**CHRISTOPHER KIESER**
Purpose of Payment
**COPIES**

**Credit Card Payment Address Information**

| | |
|---|---|
| Order Number | **5742735** |
| Customer Name | **CHRISTOPHER KIESER** |
| Email Address | |
| Address | , |
| Phone Number | **(631) 662-3844** |
| Credit Card Number | **4XXX XXXX XXXX 2483** |
| Credit Card Type | **Visa** |
| Expiration Date | **0820** |
| Operator Name | |
| Transaction Time | **11/8/2019 3:53:23 PM** |
| Authorization Code | **09686C** |
| Convenience Fee Authorization Code | **09674C** |
| Transaction ID | **1623086473** |
| Agency Total | **20.00** |
| Convenience Fee | **$1.00** |
| Total Amount Charged to Card | **21.00** |

_____Customer Signature

For questions about this payment, please call (866) 480-8552.
**Disputing a charge with your credit card company may result in an additional $40.00 charge.**

https://pay.paygov.us/EndUser/PaymentReceipt.aspx                    11/8/2019

# EXHIBIT H

PHP 8058-79 TRACT 04-124
INP 8038-79 TRACT 04-126

BOOK 332 PAGE 156

## GRANT OF EASEMENT                                09079

KNOW ALL MEN BY THESE PRESENTS, That we,

John Berchman Bremner and Ruth Ray Bremner

husband and wife, acting in our own behalf as Grantors

of *Porter* County, State of *Indiana* do hereby

grant and convey to the United States of America and its

assigns, Grantee, a walking easement for the purpose of

providing the general public a means to traverse on foot

along a portion of the shores of Lake Michigan over and

across the following described real estate in Porter

County, Indiana, to-wit: Tract 04-124-Lot 16 in Block 16 in
Lake Shore Addition to the New Stock Yards in the Town of
Porter, as per plat thereof, recorded in Miscellaneous Record
"E", page 45, in the Office of the Recorder of Porter County,
Indiana. and Tract 04-126:
Lots 1, 2, 3, 4 and 5 in Block 18 in Lake Shore Addition
to the New Stock Yards, in the Town of Porter, as per
plat thereof, recorded in Miscellaneous Record "E", page
45, in the Office of the Recorder of Porter County, Indiana;
excepting therefrom, that part of said tract lying Southerly
of the "toe of the dunes" as the "toe of the dunes" is
defined by survey in Plat File 17-A-1, recorded June 26,
1979 in the Office of the Recorder of Porter County,
Indiana.

EXCEPTING THEREFROM any and all existing improvements *OR*
*Replacements Thereof* *JBB— RRB*
situated thereon.

The purpose of this grant is for walking, jogging or

running on foot and for no other purpose. By way of illus-

tration and not by way of limitation the following activities

are intended by the Grantors to be specifically excluded

from this grant and reserved solely to the Grantors and

their invitees loitering, picnicking, fishing, launching

or storing of a boat or other flotation device, and bathing

or swimming from the beach.

In accepting this Grant of Easement, the United States

of America covenants as follows:

1. To maintain the easement for the purposes set
   forth herein, including keeping the easement
   reasonably clean and free of debris.

2. To make reasonable efforts to enforce the terms
   and provisions of this Grant of Easement.

3.  That in the event that the property over
which this easement runs is ever made the
subject matter of a land acquisition pro-
cedure by the United States of America,
the fair market value of such land shall
not be diminished or in any way adversely
affected by reason of the existence of this
easement.

In all other respects the Grantors reserve all of

the ownership and property rights to the use of the real

estate not inconsistent with the Grant of the Easement

and the terms hereof.

IN WITNESS WHEREOF, We have hereunto set our hands and

seals this __28th__ day of __May__, 1980.

_John Buchman Bremner_ (SEAL)
JOHN BERCHMAN BREMNER

_Ruth Ray Bremner_ (SEAL)
RUTH RAY BREMNER

STATE OF __Illinois__, COUNTY OF __Cook__    SS:

Before me, the undersigned, a Notary Public in and for
said County and State this __28th__ day of __May__
1980, personally appeared John Berchman Bremner and
Ruth Ray Bremner, husband and wife
and acknowledged the execution of the foregoing Grant of
Easement.

WITNESS my hand and Notarial Seal

_Angela J. Caruso_
Notary Public

Commission expires __November 14, 1980__

This instrument prepared by National Park Service

# EXHIBIT I

BOOK 332 PAGE 155

TRACT 04-127

09073

## GRANT OF EASEMENT

KNOW ALL MEN BY THESE PRESENTS, That we, Philip J. Deters and Frederick W. Deters, acting in our own behalf as Grantors, of Porter County, State of Indiana do hereby grant and convey to the United States of America and its assigns, Grantee, a walking easement for the purpose of providing the general public a means to traverse on foot along a portion of the shores of Lake Michigan over and across the following described real estate in Porter County, Indiana, to-wit:

The East 1/2 of Lots 46, 47 and 48 in Block 18 in Lake Shore Addition to the New Stock Yards, in the Town of Porter, as per plat thereof, recorded in Miscellaneous Record "E", page 45, in the Office of the Recorder of Porter County, Indiana; excepting therefrom, that part of said tract lying Southerly of the "toe of the dunes" as the "toe of the dunes" is defined by survey in Plat File 17-A-1, recorded June 26, 1979 in the Office of the Recorder of Porter County, Indiana.

EXCEPTING THEREFROM any and all existing improvements situated thereon.

The purpose of this grant is for walking, jogging or running on foot and for no other purpose. By way of illustration and not by way of limitation the following activities are intended by the Grantors to be specifically excluded from this grant and reserved solely to the Grantors and their invitees loitering, picnicking, fishing, launching or storing of a boat or other flotation device, and bathing or swimming from the beach.

In accepting this Grant of Easement, the United States of America covenants as follows:

1. To maintain the easement for the purposes set forth herein, including keeping the easement reasonably clean and free of debris.

2. To make reasonable efforts to enforce the terms and provisions of this Grant of Easement.

'980 AUG 25  AM 9 55

LOIS KAUFMAN
RECORDER

3.  That in the event that the property over which this
easement runs is ever made the subject matter of a
land acquisition procedure by the United States of
America, the fair market value of such land shall
not be diminished or in any way adversely affected by
reason of the existence of this easement.

In all other respects the Grantors reserve all of the ownership

and property rights to the use of the real estate not inconsis-

tent with the Grant of the Easement and the terms thereof

IN WITNESS WHEREOF, We have hereunto set our hands and seals

this _____17th_____ day of ___October____ , 19_81_

_____ (SEAL)
HUGO E. BRANDSTETTER

_____ (SEAL)
WANDA E. BRANDSTETTER

STATE OF _Indiana_, COUNTY OF _Porter_    ss·

Before me, the undersigned, a Notary Public in and for said
County and State this __17th__ day of ___October___,
19_81_, personally appeared Hugo E. Brandstetter and Wanda E
Brandstetter, husband and wife, and acknowledged the execution
of the foregoing Grant of Easement

WITNESS my hand and Notarial Seal

_____
NOTARY PUBLIC  Michael C Harris
               Resident of Porter County

My commission expires   _8-6-84_

This instrument prepared by National Park Service.

3. That in the event that the property over which this easement runs is ever made the subject matter of a land acquisition procedure by the United States of America, the fair market value of such land shall not be diminished or in any way adversely affected by reason of the existence of this easement.

In all other respects the Grantors reserve all of the ownership and property rights to the use of the real estate not inconsistent with the Grant of the Easement and the terms hereof.

IN WITNESS WHEREOF, We have hereunto set our hands and seals this __30th__ day of __May_____, 1980.

_June 5, 1980_

_____ (SEAL)
PHILIP J. DETERS

_____ (SEAL)
FREDERICK W. DETERS

STATE OF _Illinois_ , COUNTY OF _Cook_        SS:

Before me, the undersigned, a Notary Public in and for said County and State this __30th__ day of __May_____ 1980, personally appeared ~~Philip J. Deters and~~ Frederick W. Deters and acknowledged the execution of the foregoing Grant of Easement.

WITNESS my hand and Notarial Seal

_Christine M. _____
Notary Public

My commission expires _December 28, 1981_

STATE OF CALIFORNIA      } ss.
COUNTY OF _Sonoma_

On this __6th__ day of __June__ in the year one thousand nine hundred and __eighty__ before me, __Ann Samson__, a Notary Public, State of California, duly commissioned and sworn, personally appeared __Philip J. Deters__

known to me to be the person..... whose name ...is.... subscribed to the within instrument and acknowledged to me that ....he.... executed the same.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my official seal in the ..................... County of ....Sonoma.... the day and year in this certificate first above written.

_____
Notary Public, State of California

My commission expires _Aug. 5, 1983_

OFFICIAL SEAL
ANN SAMSON
NOTARY PUBLIC — CALIFORNIA
PRINCIPAL OFFICE IN
SONOMA COUNTY
My Commission Expires AUG. 5, 1983

This document is only a general form which may be proper for use in simple transactions and in no way acts, or is intended to act, as a substitute for the advice of an attorney. The publisher does not make any warranty, either express or implied, as to the legal validity of any provision or the suitability of these forms in any specific transaction.

Cowdery's Form No. 32—Acknowledgement—General (C. C. Sec. 1190a)

# EXHIBIT J

*BOOK* 332 *PAGE* 168                    *PNP 8042-79*

                                          TRACT 04-130

GRANT OF EASEMENT                         09091

KNOW ALL MEN BY THESE PRESENTS, That Dunes Acres, Incor-
porated, an Indiana corporation and James S. Savage and
Maryalice M. Savage, husband and wife, acting each in our
own behalf as Grantors, of *Orange* County, State of
*California* , do hereby grant and convey to the United States
of America and its assigns, Grantee, a walking easement for
the purpose of providing the general public a means to traverse
on foot along a portion of the shores of Lake Michigan over
and across the following described real estate in Porter
County, Indiana to-wit:

PARCEL 1:  That part of Lot 2 described as follows:  That 1/2
of Lot 2, Dune Acres First Subdivision, in the Town of Dune
Acres, lying Southwesterly of a line originating at the center
of the Lake Michigan frontage of said Lot 2 (said line being
approximately 30 feet from each of the Easterly and Westerly
boundaries of said Lot 2 and extending Southeasterly to the
center of the Southerly boundary of said Lot 2), said 1/2 of
Lot 2 being approximately 30 feet in width at the water's
edge; excepting therefrom, that part of said tract lying
Southerly of the "toe of the dunes" as the "toe of the dunes"
is defined by survey recorded June 26, 1979 in Plat File
17-A-1, in the Office of the Recorder of Porter County,
Indiana.

PARCEL 2:  All of Lot 3 and the Easterly 5 feet of Lot 4 (that
is to say that part of Lot 4 included in the following:
Commencing at a point at the Southeasterly corner of said
Lot 4, thence Westerly along the Southerly line of said
Lot a distance of 5 feet; thence at right angles in a North-
erly direction and parallel with the Easterly line of said
Lot 4 to a point at the edge of Lake Michigan; thence Easterly
along the edge of Lake Michigan) for approximately 5 feet to
the Easterly line of said lot; Southerly along the Easterly
line of said Lot 4 to the place of beginning), in Dune Acres
First Subdivision, in the Town of Dune Acres, excepting there-
from, that part of said tract lying Southerely of the "toe
of the dunes" as the "toe of the dunes" is defined by survey
recorded June 26, 1979 in Plat File 17-A-1, in the Office of
the Recorder of Porter County, Indiana.

PARCEL 3:  Easterly 1/2 of the Westerly 55 feet of Lot 4,
beginning at a point 27 1/2 feet Northeasterly from the South-
west corner of Lot 4 in Dune Acres First Subdivision, in the
Town of Dune Acres, as measured along the Southerly line of
said Lot 4 and running thence Northeasterly along said South-
erly line of Lot 4 a distance of 27 1/2 feet; thence running
Northwesterly at right angles to the shore line of Lake Michigan;
thence Southwesterly following the shore line of Lake Michigan
to a line which is parallel to and 27 1/2 feet distant Easterly
from the Westerly line of Lot 4; thence in a straight line
Southeasterly to the point of beginning; excepting therefrom
that part of said tract lying Southerly of the "toe of the
dunes" as the "toe of the dunes" is defined by survey recorded
June 26, 1979 in Plat File 17-A-1, in the Office of the Recorder
of Porter County, Indiana.          '79 AUG 26 AM 9 59

EXCEPTING THEREFROM any and all existing improvements situated thereon.

The purpose of this grant is for walking, jogging or running on foot and for no other purpose. By way of illustration and not by way of limitation the following activities are intended by the Grantors to be specifically excluded from this grant and reserved solely to the Grantors and their invitees, loitering, picnicking, fishing, launching or storing of a boat or other flotation device, and bathing or swimming from the beach.

In accepting this Grant of Easement, the United States of America covenants as follows:

1. To maintain the easement for the purposes set forth herein, including keeping the easement reasonably clean and free of debris.

2. To make reasonable efforts to enforce the terms and provisions of this Grant of Easement.

3. That in the event that the property over which this easement runs is ever made the subject matter of a land acquisition procedure by the United States of America, the fair market value of such land shall not be diminished or in any way adversely affected by reason of the existence of this easement.

In all other respects the Grantors reserve all of the ownership and property rights to the use of the real estate not inconsistent with the Grant of the Easement and the terms hereof.

IN WITNESS WHEREOF, We have hereunto set our hands and seals this ___5th___ day of ___June___, 1980.

_____ (SEAL)
DUNE ACRES, INCORPORATED, AN INDIANA
CORPORATION, By: _____ H.B.Snyder, Jr.,
Pres.
Attest: _____ Joseph W. Thomas, Sec.

_James S. Savage_ (SEAL)
JAMES S. SAVAGE

_Maryalice M. Savage_ (SEAL)
MARYALICE M. SAVAGE

STATE OF *California* , COUNTY OF *Orange*   ss:

Before me, the undersigned, a Notary Public in and for said County and State this ___5th___ day of ___June  1980___ , 1980, personally appeared *James A. Savage*

and acknowledged the execution of the foregoing Grant of Easement.

WITNESS my hand and Notarial Seal

OFFICIAL SEAL
MARY F BERG
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My comm. expires MAY 8, 1984

_____
Notary Public

My commission expires ___May 8, 1984___

STATE OF *California*, COUNTY OF *Orange*   ss:

Before me, the undersigned, a Notary Public in and for said County and State this ___5th___ day of ___June___ , 1980, personally appeared *Maryalice M. Savage*

and acknowledged the execution of the foregoing Grant of Easement.

WITNESS my hand and Notarial Seal

OFFICIAL SEAL
MARY F BERG
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My comm. expires MAY 8, 1984

_____
Notary Public

My commission expires ___May 8, 1984___

This instrument prepared by National Park Service

DUNE ACRES, INCORPORATED, an Indiana corporation, joins in the execution of this Easement for the sole purpose of binding the fee simple title to the above described real estate.


STATE OF INDIANA, COUNTY OF LAKE                    SS:

        Before me, the undersigned, a Notary Public in and for said County and State this ___1st day of ____July____, 1980, personally appeared H. B. SNYDER, JR., and JOSEPH N. THOMAS, as President and Secretary, respectively, of Dune Acres, Incorporated, an Indiana corporation, and acknowledged the execution of the foregoing Grant of Easement.

        WITNESS my hand and Notarial Seal.


                                    _Katherine L. Hall_
                                    Katherine L. Hall Notary Public

My Commission Expires: ___5/10/83___
Resident of ___Lake___ County.

# EXHIBIT K

BOOK 275 PAGE 401

39431

## Q U I T - C L A I M   D E E D

THIS INDENTURE WITNESSETH, That OGDEN DUNES HOME ASSOCIATION, INC., an Indiana corporation, of Porter County, in the State of Indiana, releases and quit-claims to THE TOWN OF OGDEN DUNES, INDIANA, a municipal corporation, of Porter County, in the State of Indiana, for and in consideration of Ten and no/100 Dollars ($10.00) and other valuable consideration, the receipt whereof is hereby acknowledged, the following described real estate in PORTER COUNTY, in the STATE OF INDIANA, to-wit:

Parcel A in Ogden Dunes Third Subdivision, in the Town of Ogden Dunes, as per plat thereof, recorded in Miscellaneous Record 16, page 66, in the Office of the Recorder of Porter County, Indiana.

The unplatted portion of Section 26, Township 37 North, Range 7 West of the Second Principal Meridian, in Porter County, Indiana, which is bounded on the North by Lake Michigan; and bounded on the West by the Easterly line of Parcel A in Ogden Dunes Third Subdivision as per plat in Miscellaneous Record 16, page 66; and bounded on the South by the Northerly line of Block E in Ogden Dunes Second Subdivision as per plat in Miscellaneous Record 6, page 135, by the Northerly line of Resubdivision of Lot 1 and lane of Block A, Ogden Dunes First Subdivision, and Lot 1 of Block E, Ogden Dunes Second Subdivision as per plat in Miscellaneous Record 14, page 309, by the Northerly line of Block A in Ogden Dunes First Subdivision as per plat in Miscellaneous Record 7, page 1, and by the Northerly line of Addition to Block A in Ogden Dunes First Subdivision as per plat in Miscellaneous Record 6, page 228; and bounded on the East by the Westerly line of Lot 62 in the said Addition to Block A in Ogden Dunes First Subdivision. The plats of the above-mentioned subdivisions are of record in the Office of the Recorder of Porter County, Indiana, at the above-mentioned Miscellaneous Record references.

solely for the use and benefit of the residents of the Town of OGDEN DUNES and their guests.

IN WITNESS WHEREOF, The said OGDEN DUNES HOME ASSOCIATION, INC., an Indiana corporation, has hereunto set its hand and seal, this 15th day of ___July___, 1974.

STATE OF INDIANA
PORTER COUNTY
FILED FOR RECORD

1974 DEC 10   AM   05

C. HERBERT ____

DULY ENTERED FOR TAXATION

DEC 10 1974

_____
AUDITOR PORTER CO.

OGDEN DUNES HOME ASSOCIATION, INC.

By: _____
RICHARD GAYDOS, President

ATTEST: _____
Lewis F. Graves, Secretary

THIS INSTRUMENT PREPARED
BY
THOMAS E. CANHAM
ATTORNEY AT LAW
PORTAGE, INDIANA 46368

STATE OF INDIANA, PORTER COUNTY, SS:

Before me, the undersigned, a Notary Public in and for said County, this 15 day of ____, 1974, came OGDEN DUNES HOME ASSOCIATION, INC., by Richard Gaydos, President, and Lewis F. Graves, Secretary, and acknowledged the execution of the foregoing instrument. Witness my hand and official seal.

MY COMMISSION EXPIRES:

_____ 7 1975

_____
NOTARY PUBLIC

R E S O L U T I O N

WHEREAS, the Ogden Dunes Home Association, Inc., has offered to convey to the Town of Ogden Dunes that real estate commonly known as the Ogden Dunes Beach; and

WHEREAS, said conveyance states that the property be solely for the use and benefit of residents of the Town of Ogden Dunes and their guests;

NOW, THEREFORE, BE IT RESOLVED by the Board of Trustees of the Town of Ogden Dunes, that the conveyance by the Ogden Dunes Home Association, Inc., to the Town of Ogden Dunes, of that property commonly known as the Ogden Dunes Beach and legally described as follows, to-wit:

Parcel A in Ogden Dunes Third Subdivision, in the Town of Ogden Dunes, as per plat thereof, recorded in Miscellaneous Record 16, page 66, in the Office of the Recorder of Porter County, Indiana.

The unplatted portion of Section 26, Township 37 North, Range 7 West of the Second Principal Meridian, in Porter County, Indiana, which is bounded on the North by Lake Michigan; and bounded on the West by the Easterly line of Parcel A in Ogden Dunes Third Subdivision as per plat in Miscellaneous Record 16, page 66; and bounded on the South by the Northerly line of Block B in Ogden Dunes Second Subdivision as per plat in Miscellaneous Record 6, page 135, by the Northerly line of Resubdivision of Lot 1 and lane of Block A, Ogden Dunes First Subdivision, and Lot 1 of Block E, Ogden Dunes Second Subdivision as per plat in Miscellaneous Record 14, page 309; by the Northerly line of Block A in Ogden Dunes First Subdivision as per plat in Miscellaneous Record T, page 1, and by the Northerly line of Addition to Block A in Ogden Dunes First Subdivision as per plat in Miscellaneous Record 6, page 228; and bounded on the East by the Westerly line of Lot 62 in the said Addition to Block A in Ogden Dunes First Subdivision. The plats of the above-mentioned subdivisions are of record in the Office of the Recorder of Porter County, Indiana, at the above-mentioned Miscellaneous Record references.

be, and the same hereby is, accepted by the Town of Ogden Dunes, and the Town of Ogden Dunes, by and through its Board of Trustees, agrees that said property shall be used solely for the benefit of the residents of the Town of Ogden Dunes and their guests.

ADOPTED by the Board of Trustees of the Town of Ogden Dunes this _End_ day of _December_ , 1974.

BOARD OF TRUSTEES
TOWN OF OGDEN DUNES

ATTEST: _____
Clerk-Treasurer

# EXHIBIT L





312 D